✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

### DISTRICT OF

_____

**APPEARANCE**

Case Number: _____

To the Clerk of this court and all parties of record:

     Enter my appearance as counsel in this case for

     I certify that I am admitted to practice in this court.

/s/ ERICA K. ZUNKEL

| | |
|---|---|
| Date | Signature |
| | Print Name                          Bar Number |
| | Address |
| | City                State          Zip Code |
| | Phone Number                        Fax Number |

1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Rafael Hernandez-Cortazar

6

7

8                          UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10                       **(HONORABLE JAN M. ADLER)**

11  UNITED STATES OF AMERICA,          )    Case No. 08MJ2264
                                       )
12              Plaintiff,             )
                                       )
13  v.                                 )    **CERTIFICATE OF SERVICE**
                                       )
14  RAFAEL HERNANDEZ-CORTAZAR,         )
                                       )
15              Defendant.             )
    _____)

16

17          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18  information and belief, and that a copy of the foregoing document has been served this day upon:

19                          U.S. Attorney CR
                         Efile.dkt.gc2@usdoj.gov

20

21                                          Respectfully submitted,

22

23  DATED:       July 30, 2008               /s/ Erica K. Zunkel
                                            **ERICA K. ZUNKEL**
24                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Rafael Hernandez-Cortazar

25

26

27

28